UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 23, 2016

No. 15-2264

United States of America

v.

Louis Milton Willis,
Appellant

(D.V.I. No. 3-14-cr-00028-001)

Present: FUENTES, VANASKIE, and RESTREPO, Circuit Judges

1. Motion by Appellee United States of America to Correct Opinion.

Respectfully,
Clerk/mlr/clw

_____ORDER_____

The motion by the United States to correct the opinion is GRANTED. The opinion filed on December 13, 2016 is changed as follows.

The text running from pages 10 to 11 of the original slip opinion that reads:

anything of value of $5,000 or more; (4) the state received in excess of $10,000 in federal funds in any single year; and (5) he acted willfully and knowingly.[12]

is amended to read:

anything of value of $5,000 or more; and (4) the state received in excess of $10,000 in federal funds in any single year.[12]

Footnote 12, which follows the quoted material above, is amended to delete the citation to *United States v. Foley*, 851 F. Supp. 507, 509 n.1 (D. Conn. 1994). Thus, it is amended to read:

*See* 18 U.S.C. § 666; *United States v. Cicco*, 938 F.2d 441, 444 (3d Cir.

1991).

By the Court,

s/ Julio M. Fuentes
Circuit Judge

Dated: January 4, 2017

mlr/cc:
Joseph A. DiRuzzo, III, Esq.
Jeffrey J. Molinaro, Esq.
Justin D. Weitz, Esq.